PRYOR CASHMAN LLP
Richard Levy, Jr.
7 Time Square
New York, New York 10036
(212) 421-4100
rlevy@pryorcashman.com

BURR & FORMAN LLP
John O'Shea Sullivan (*pro hac vice*)
171 Seventeenth Street, NW, Suite 1100
Atlanta, Georgia 30363
(404) 815-3000
ssullivan@burr.com

*Attorneys for Defendant Primary Capital Advisors, LC*
*n/k/a Primary Capital Mortgage LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| RESIDENTIAL CAPITAL, LLC, *et al.*, | Case No. 12-12020 (MG) |
| Debtor. | Jointly Administered |

------------------------------------------------------------x

| | |
|---|---|
| RESCAP LIQUIDATING TRUST | |
| Plaintiff, | |
| - against - | Adv. Proc. No. 14-01999 (MG) |
| PRIMARY CAPITAL ADVISORS, LLC, | |
| Defendant. | |

------------------------------------------------------------x

**NOTICE OF DEFENDANT PRIMARY CAPITAL**
**ADVISORS, LC'S MOTION TO WITHDRAW THE REFERENCE**
**AND TO CHANGE VENUE TO THE DISTRICT OF MINNESOTA**

PLEASE TAKE NOTICE that Defendant Primary Capital Advisors, LC, n/k/a Primary Capital Mortgage, LLC,[1] respectfully moves the United States District Court for the Southern District of New York for entry of an order, pursuant to 28 U.S.C. § 157(d), Federal

---

[1] PCA is incorrectly referred to in the above-styled caption as Primary Capital Advisors, LLC.

Rule of Bankruptcy Procedure 5011 and Local Bankruptcy Rule 5011-1, withdrawing the reference of this adversary proceeding and, pursuant to 28 U.S.C. §§ 1404(a) and/or 1452, changing the venue of adversary proceeding to the United States District Court for the District of Minnesota, for the reasons set forth in the accompanying Memorandum of Law, the Declaration of John O'Shea Sullivan, and the exhibits thereto.

Defendant has made no prior request to this Court or to any other court for the relief requested by this motion.

Dated: New York, New York
July 11, 2014

**PRYOR CASHMAN LLP**

By:  /s/ *Richard Levy, Jr.*
Richard Levy, Jr.
7 Time Square
New York, New York 10036
Telephone:  (212) 326-0886
Facsimile:   (212) 326-0806
rlevy@pryorcashman.com

**BURR & FORMAN LLP**

By:  /s/ *John O'Shea Sullivan*
John O'Shea Sullivan (*pro hac vice*)
171 Seventeenth Street, N.W., Suite 1100
Atlanta, Georgia 30363
Telephone:  (404) 815-3000
Facsimile:   (404) 817-3244
ssulivan@burr.com

*Attorneys for Defendant Primary Capital Advisors, LC n/k/a Primary Capital Mortgage, LLC*